IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM WHITSITT,

        Plaintiff,                      CIV S-06-2075 MCE KJM PS

       vs.

CLUB RESOURCE GROUP, et al.,

        Defendants.                <u>ORDER TO SHOW CAUSE</u>

_____/

        Plaintiff is proceeding pro se. Plaintiff has filed an in forma pauperis affidavit wherein he states that he was last employed on January 26, 2006. This averment is flatly contradicted by the allegations of plaintiff's complaint wherein he alleges he was hired and started work at defendant's place of employment on June 14, 2006, and was wrongfully terminated in violation of the Age Discrimination in Employment Act on September 1, 2006. The court also takes judicial notice under Federal Rule of Evidence 201 of the in forma pauperis application plaintiff filed in another action pending in this district (CIV S-06-2076 FCD GGH PS) on the same date as this action was filed, making the same material misrepresentation. Although the application in the other case was signed on a different date, i.e. June 24, 2006, that date post-dates plaintiff's date of hire as alleged in the instant complaint.

/////

1       Accordingly, IT IS HEREBY ORDERED that within ten days from the date of
2 this order plaintiff shall show cause in writing why this action should not be dismissed for
3 making material misrepresentations to the court.
4 DATED: 10/19/06

                                        UNITED STATES MAGISTRATE JUDGE

006
whitsitt.osc