IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM WHITSITT,

        Plaintiff,                  CIV S-06-2075 MCE KJM PS

   vs.

CLUB RESOURCE GROUP, et al.,

        Defendants.            <u>ORDER</u>

                                       /

        Plaintiff is proceeding in this action pro se. Plaintiff seeks relief pursuant to and has requested authority pursuant to 28 U.S.C. § 1915 to proceed in forma pauperis. This proceeding was referred to this court by Local Rule 72-302(c)(21).

        Plaintiff was ordered to show cause as to why the action should not be dismissed for material representations in the in forma pauperis application. Plaintiff has responded to the order to show cause and the court has determined that the show cause order will be discharged.

        Plaintiff has submitted the affidavit required by § 1915(a) showing that plaintiff is unable to prepay fees and costs or give security for them. Accordingly, the request to proceed in forma pauperis will be granted. 28 U.S.C. § 1915(a).

        The federal in forma pauperis statute authorizes federal courts to dismiss a case if the action is legally "frivolous or malicious," fails to state a claim upon which relief may be

granted, or seeks monetary relief from a defendant who is immune from such relief.  28 U.S.C. § 1915(e)(2).

A claim is legally frivolous when it lacks an arguable basis either in law or in fact.  <u>Neitzke v. Williams</u>, 490 U.S. 319, 325 (1989); <u>Franklin v. Murphy</u>, 745 F.2d 1221, 1227-28 (9th Cir. 1984).  The court may, therefore, dismiss a claim as frivolous where it is based on an indisputably meritless legal theory or where the factual contentions are clearly baseless.  <u>Neitzke</u>, 490 U.S. at 327.

Plaintiff alleges a claim under the Age Discrimination in Employment Act ("ADEA") and names as defendants the employer and individual employees.  Under the ADEA, individual employees cannot be held liable for damages.  <u>See</u> <u>Miller v. Maxwell's Int'l, Inc.</u>, 991 F.2d 583, 587-88 (9th Cir. 1993).  The court therefore declines to order service on the individual employees and this action will proceed solely against the employer.  Plaintiff also alleges claims contending his constitutional rights were violated because of the termination.  There are no allegations that the employer is a state actor; thus, there is no cause of action under 42 U.S.C. § 1983.  The action will accordingly proceed only on plaintiff's claim under the ADEA.

For the foregoing reasons, IT IS HEREBY ORDERED that:

1. The show cause order is discharged.

2. Plaintiff's request to proceed in forma pauperis is granted.

3. Plaintiff shall obtain one USM-285 form for defendant Club Resource Group, one summons for defendant Club Resource Group and an instruction sheet.  Blank USM-285 forms, blank summons, and instruction sheets are available in the office of the Clerk of the Court.

4. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

/////

          a. One completed summons for the defendant named in the complaint;

          b. One completed USM-285 form for the defendant named in the complaint; and

          c. Two copies of the endorsed complaint filed September 18, 2006 and two copies of this order.

     5. Plaintiff need not attempt service on defendant Club Resource Group and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the defendant pursuant to Federal Rule of Civil Procedure 4 without prepayment of costs.

     6. Failure to comply with this order may result in a recommendation that this action be dismissed.

DATED: October 30, 2006.

_____
U.S. MAGISTRATE JUDGE

006
whitsitt.usm

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM WHITSITT,

        Plaintiff,                  CIV S-06-2075 MCE KJM PS

   vs.

CLUB RESOURCE GROUP, et al.,

        Defendants.         <u>NOTICE OF SUBMISSION</u>

                                 <u>OF DOCUMENTS</u>

_____/

        Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

        _____    completed summons form

        _____    completed USM-285 forms

        _____    copies of the Complaint

DATED:

                                              _____
                                              Plaintiff

DATED: