IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM WHITSITT,

    Plaintiff,                    CIV S-06-2075 MCE KJM PS

    vs.

CLUB RESOURCE GROUP, et al.,

    Defendants.             FINDINGS & RECOMMENDATIONS

_____/

        This action was referred to the undersigned pursuant to Local Rule 72-302(c)(21). By order filed August 20, 2007, this matter was set for status conference on October 24, 2007. The parties were directed to file status reports seven days prior to the status conference. On October 24, 2007 a status conference was held before the undersigned. Shanna McDaniel appeared for defendants. No appearance was made for plaintiff nor was any status report filed by plaintiff. It appears plaintiff has abandoned this litigation.

        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed.

        These findings and recommendations are submitted to the United States District Judge assigned to the case pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within ten days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned

1  "Objections to Findings and Recommendations."  Any reply to the objections shall be served and
2  filed within ten days after service of the objections.  The parties are advised that failure to file
3  objections within the specified time may waive the right to appeal the District Court's order.
4  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).
5  DATED:  October 24, 2007.

_____
U.S. MAGISTRATE JUDGE

006
whitsitt.dlop