1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   WILLIAM WHITSITT,

11             Plaintiff,                    CIV S-06-2075 MCE KJM PS

12        vs.

13   CLUB RESOURCE GROUP, et al.,

14             Defendants.               <u>ORDER</u>

15   _____/

16             A status conference was held in this matter on October 24, 2007 before the

17   undersigned.  No appearance was made for plaintiff.  Shanna McDaniel appeared for defendants.

18   Upon consideration of the status report on file in this action, discussion of counsel and good

19   cause appearing therefor, THE COURT ORDERS AS FOLLOWS:

20             1.  Initial disclosures under Federal Rule of Civil Procedure 26(a)(1), to the extent

21   not already made, shall be made within thirty days from the date of this order.

22             2.  Experts shall be disclosed by May 30, 2008.

23             3.  Rebuttal experts shall be disclosed by June 27, 2008.

24             4.  Discovery, including the hearing of discovery motions, shall be completed by

25   August 27, 2008.  Discovery motions, if needed, shall be filed in accordance with Local Rule 37-

26   251.

1          5.   Dispositive motions, other than discovery motions, shall be noticed to be

2    heard by October 29, 2008.

3          6.  The pretrial conference is set for March 6, 2009 at 9:00 a.m. before the

4    Honorable Morrison C. England.  Pretrial statements shall be filed in accordance with Local Rule

5    16-281 and shall be filed no later than February 20, 2009.

6          7.  Trial of this matter is set for April 20, 2009 at  9:00 a.m. before the Honorable

7    Morrison C. England.  The parties shall file trial briefs in accordance with  Local Rule 16-285.

8    DATED:  October 24, 2007.

9

10                                        _____

11                                        U.S. MAGISTRATE JUDGE

12    006
     whitsitt.oas

13

14

15

16

17

18

19

20

21

22

23

24

25

26