IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM WHITSITT,

      Plaintiff,                    CIV S-06-2075 MCE KJM PS

  vs.

CLUB RESOURCE GROUP, et al.,

      Defendants.            <u>ORDER</u>

_____/

        Plaintiff has filed objections to the recommendation of this court that the action be dismissed because it appeared plaintiff had abandoned this litigation due to plaintiff's failure to appear at a status conference. Plaintiff contends he was not served with a copy of the order setting the status conference. Review of the docket indicates plaintiff does not appear to have been served with a copy of the minute order setting the status conference. The recommendation of dismissal will therefore be vacated.

        A scheduling order has issued in this matter. Plaintiff will be allowed a limited period of time to file objections to the dates set forth therein.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The findings and recommendations filed October 25, 2007 are vacated.

/////

1

    2. Within fourteen days from the date of this order, plaintiff may file objections to any dates set forth in the scheduling order filed October 25, 2007. Said objections must include any reasons plaintiff has for objecting to the dates.

DATED: November 9, 2007.

               _____
               U.S. MAGISTRATE JUDGE

006
whitsitt.vac

2