IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM WHITSITT,

        Plaintiff,                    CIV S-06-2075 MCE KJM PS

  vs.

CLUB RESOURCE GROUP, et al.,

        Defendants.            <u>ORDER</u>

_____/

        Plaintiff has filed objections to the dates set forth in the October 25, 2007 scheduling order. The court has carefully reviewed the objections. The dates proposed by plaintiff do not allow sufficient time for discovery. Plaintiff's request that no experts be allowed will be denied.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's objections to the scheduling order are overruled. Litigation in this matter will be controlled by the October 25, 2007 scheduling order.

DATED: December 4, 2007.

_____
U.S. MAGISTRATE JUDGE

006
whitsitt.obj

1